UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 16, 2023
KELLY L. STEPHENS, Clerk

No. 23-5892

RONALD SATISH EMRIT,

    Plaintiff-Appellant,

v.

GRAMMYS AWARDS ON CBS, dba Recording Academy/NARAS,

    Defendant-Appellee.

Before: CLAY, GIBBONS, and LARSEN, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk