UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| RONALD SATISH EMRIT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 1:23-CV-205-SKL-TAV |
| | ) |
| THE GRAMMYS AWARDS ON CBS, | ) |
| d/b/a THE RECORDING | ) |
| ACADEMY/NATIONAL ACADEMY | ) |
| OF RECORDING ARTS AND | ) |
| SCIENCES, | ) |
| | ) |
| Defendant. | ) |

# ORDER

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by Chief United States Magistrate Judge Susan K. Lee on September 19, 2023 [Doc. 3]. The R&R recommends that plaintiff's civil suit be dismissed without prejudice and without leave to amend [*Id.* at 7]. It also recommends that plaintiff be warned that further frivolous filings in this case or others filed in this district will result in sanctions, including filing restrictions [*Id.*]. As a result, the R&R recommends that plaintiff's motion to proceed *in forma pauperis* be denied as moot [*Id.*].

On October 10, 2023, plaintiff appealed the R&R to the Sixth Circuit [Doc. 4]. On November 16, 2023, the Sixth Circuit dismissed the appeal for lack of jurisdiction, noting that the R&R is neither appealable as a final order nor as an interlocutory appeal [Doc. 6]. The Court then entered an order on November 17, 2023, giving plaintiff fourteen (14) days to file objections to the R&R. There have been no timely objections to the R&R, and

enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Judge Lee's recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 3]. This case is **DISMISSED without prejudice** and **WITHOUT LEAVE TO AMEND**, and plaintiff's motion to proceed *in forma pauperis* [Doc. 1] will be **DENIED** as **MOOT**. Plaintiff is warned that further frivolous filings in this case or other cases filed in this district will result in sanctions. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan  
UNITED STATES DISTRICT JUDGE